**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2118**

_____

MICHAEL KNIGHTS,

Plaintiff – Appellant,

v.

STIHL INCORPORATED, (Third Party Beneficially Capacity and Individual Capacity); GUY WALLACE, (Third Party Beneficially Capacity and Individual Capacity); EARL SYKES, (Third Party Beneficially Capacity and Individual Capacity); OXFORD GLOBAL RESOURCES, (Contracting Capacity),

Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:10-cv-00260-RAJ-DEM)

_____

Submitted:  March 15, 2011            Decided:  March 17, 2011

_____

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Knights, Appellant Pro Se.  Robert W. McFarland, MCGUIREWOODS, LLP , Norfolk, Virginia; Melanie Gayle Augustin, Thomas Joseph Flaherty, LITTLER MENDELSON, P.C., McLean, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Knights appeals the district court's final order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Knights v. Stihl Inc., No. 2:10-cv-00260-RAJ-DEM (E.D. Va. Sept. 13, 2010; Aug. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED